**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NEW LIFE HOMECARE, INC., et al., | |
| Plaintiffs, | NO. 3:06-CV-2485 |
| v. | (JUDGE CAPUTO) |
| BLUE CROSS OF NORTHEASTERN PENNSYLVANIA, et al., | |
| Defendants | |

## ORDER

**NOW**, this   22nd   day of February, 2012, **IT IS HEREBY ORDERED** that:

(1) New Life's Motion to Extend the Stay of Proceedings (Doc. 137) is **DENIED**.

(2) New Life's Motions to Compel Discovery (Docs. 138, 148, and 158) are **DENIED**.

(3) Express Scripts' Motion to Quash (Doc. 153) is **GRANTED**. The Court will issue a subsequent order providing the date for oral argument on the motion for sanctions.

(4) New Life will have **twenty-one (21) days** to respond to Blue Cross' Motion for Summary Judgment. Blue Cross will then have **fourteen (14) days** to file a reply.

                                     /s/ A. Richard Caputo
                                     A. Richard Caputo
                                     United States District Judge