**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

NEW LIFE HOMECARE, INC., et al.,

    Plaintiffs,

    v.

BLUE CROSS OF NORTHEASTERN PENNSYLVANIA, et al.,

    Defendants

NO. 3:06-CV-2485

(JUDGE CAPUTO)

## ORDER

**NOW**, this ___22nd___ day of February, 2012, **IT IS HEREBY ORDERED** that:

(1)    New Life's Motion to Extend the Stay of Proceedings (Doc. 137) is **DENIED**.

(2)    New Life's Motions to Compel Discovery (Docs. 138, 148, and 158) are **DENIED**.

(3)    Express Scripts' Motion to Quash (Doc. 153) is **GRANTED**. The Court will issue a subsequent order providing the date for oral argument on the motion for sanctions.

(4)    New Life will have **twenty-one (21) days** to respond to Blue Cross' Motion for Summary Judgment. Blue Cross will then have **fourteen (14) days** to file a reply.

                                       /s/ A. Richard Caputo
                                       A. Richard Caputo
                                       United States District Judge