**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NEW LIFE HOMECARE, INC., et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:06-2485 |
| v. | |
| BLUE CROSS OF NORTHEASTERN PENNSYLVANIA, et al., | (JUDGE CAPUTO) |
| Defendants. | |

## ORDER

**NOW**, this 3rd day of May, 2012, **IT IS HEREBY ORDERED** that Defendants Blue Cross of Northeastern Pennsylvania and First Priority Health's Motion for Summary Judgment (Doc. 97) is **GRANTED**. The Clerk of Court is directed to mark the case as **CLOSED**.

      /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge